**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JOMO KENYATTA MATTISON**                                                **PLAINTIFF**

**v.**                                                **CIVIL NO. 3:24-cv-495-HTW-LGI**

**CHIEF BILLY MCMILLION and**
**INVESTIGATOR RAY CHAMBLEE**                                        **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac [docket no. 33].    In her Report and Recommendation, filed March 31, 2026, Magistrate Judge Isaac recommended that Defendants' Motion to Dismiss [docket no. 28] be granted.    Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days.    No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation, this Court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation [docket no. 33] of the Magistrate Judge as the Order of this Court.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss [docket no. 28] for failure to state a claim under Fed. R. Civ. P. 12(b)(6) is granted.    A separate Final Judgment will enter.

**SO ORDERED**, this the 22nd day of April, 2026.

s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE